ACCEPTED
04-15-00405-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/21/2015 12:04:27 PM
KEITH HOTTLE
CLERK

# No. 04-15-00405-CV

IN THE COURT OF APPEALS OF TEXAS
FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/21/2015 12:04:27 PM
KEITH E. HOTTLE
Clerk

## DAVID GILLESPIE,
*Appellant,*

vs.

## A.L. HERNDEN and FREDERICK R. ZLOTOUCHA,
*Appellees.*

## NOTICE OF APPEARANCE OF APPELLATE COUNSEL & APPELLANT'S UNOPPOSED MOTION FOR BRIEFING DEADLINE EXTENSION

To the Honorable Court:

Appellant David Gillespie asks this Court and all counsel of record to take notice that he has retained appellate counsel: Kimberly S. Keller, Keller Stolarczyk PLLC, 234 West Bandera Road, No. 120, Boerne, Texas 78006.

Appellant respectfully requests this Court grant him a 30-day briefing deadline extension.[1] Appellant's brief is currently due on

---

[1]Appellant's newly-retained appellate counsel has recently received the appellate record and needs time to analyze the appellate record, research the

November 4, 2015. If this Court grants this Motion, Appellant's brief will be due on December 4, 2015. Appellees are unopposed to this Motion.

Respectfully submitted,

KELLER STOLARCZYK, PLLC
234 West Bandera Road #120
Boerne, Texas  78006
Tele: 830.981.5000
Facs: 888.293.8580

/s/Kimberly S. Keller
Kimberly S. Keller
SBN: 24014182
kim@kellsto.com

COUNSEL FOR APPELLANT

---

legal issues presented by the trial court's ruling, and prepare and file a brief to this Court raising Appellant's issues on appeal.

## <u>CERTIFICATE OF CONFERENCE & SERVICE</u>

I conferred with opposing counsel, listed below, and was informed Appellees are unopposed to this Motion. Also, I certify that on October 21, 2015, I served this Motion on:

Richard A. Sparr Jr.
SPARR & GEERDES
1313 NE Loop 410, Suite 100
San Antonio, Texas 78209
Email: rsparr@sparrlaw.net

Frederick R. Zlotucha
LAW OFFICE OF FREDERICK R. ZLOTUCHA
222 E. Main Plaza
San Antonio, Texas 78205
*Counsel for Appellees*

/s/Kimberly S. Keller
Kimberly S. Keller